UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 4:14 CV 00225-F

| | |
|---|---|
| DONNA R. SANTIFORT,<br>    Plaintiff,<br>vs.<br><br>SUE GUY, in her personal capacity, LEE SMITH, in his personal capacity, JOE GURLEY, in his personal capacity, STEVE KEEN, in his personal capacity, and COUNTY OF WAYNE, NORTH CAROLINA,<br>    Defendants. | **MOTION TO DISMISS IN LIEU OF ANSWER OF DEFENDANTS GURLEY, KEEN AND WAYNE COUNTY**<br><br>**(F. R. Civ. P. 12(b)(6))** |

NOW COME Defendants, Joe Gurley, Steve Keen and Wayne County ("Defendants"), by and through the undersigned counsel, in lieu of an Answer, and hereby respectfully move this Court for an order dismissing the claims against them, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In support of this Motion, Defendants submit that Plaintiff has failed to state a claim upon which relief can be granted, and direct this Court's attention to the Memorandum in Support of this Motion, filed contemporaneously herewith.

WHEREFORE, Defendants hereby move this Court for an order dismissing them from this suit pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted this 10th day of February, 2015.

    By:    /s/Scott C. Hart
            State Bar No. 19060
            /s/ Anakah D. Harrison
            State Bar No. 35329
            Attorneys for Defendants Wayne County, Gurley and Keen
            Sumrell, Sugg, Carmichael, Hicks & Hart, P.A.
            Post Office Drawer 889
            New Bern, North Carolina 28563
            Telephone: (252) 633-3131
            E-mail: shart@nclawyers.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the **MOTION TO DISMISS IN LIEU OF ANSWER OF DEFENDANTS GURLEY, KEEN and WAYNE COUNTY** was electronically filed with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

>Walter S. Webster
>The Webster Law Firm
>214 South William St., Suite 2
>Goldsboro, NC 27530

This the 10th day of February, 2015.

>By: /s/Scott C. Hart
>State Bar No. 19060
>Attorneys for Defendants Wayne County, Gurley and Keen
>Sumrell, Sugg, Carmichael, Hicks & Hart, P.A.
>Post Office Drawer 889
>New Bern, North Carolina 28563
>Telephone: (252) 633-3131
>Fax: (252) 633-3507
>E-mail: shart@nclawyers.com

\\SERVER04\lssdocs\00000023\00057354.000.DOCX